JUDGE COLEMAN
MAGISTRATE JUDGE KIM

RECEIVED
9/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-CV-5110

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD DELORTO, | ) | |
|     Plaintiff, | ) | Case No. _____ |
| | ) | |
| | ) | Amount Claimed: $76,000 plus fees |
| v. | ) | |
| | ) | Return Date: |
| VIASAT, INC., RICHARD BALDRIDGE, | ) | |
| MARK DANKBERG, MARK MILLER, | ) | |
| STEVE HART, EVAN DIXON, CRAIG MILLER, | ) | |
| DOUG ABTS, JIMMY DODD, KEVEN LIPPIER, | ) | |
| MELINDA KIMBRO, GRAEME SCOTT, | ) | |
| ROBERT JIMENEZ, STEVE LUSK, DYNA | ) | |
| MEADE, SHAWN DUFFY, KEVIN | ) | |
| HARKENRIDER, ROBERT BLAIR, GIRISH | ) | |
| CHANDRAN, KRISHNA NATHAN, DAVID | ) | |
| RYAN, ROBERT W. JOHNSON, SEAN PAK, | ) | |
| VARSHA RAO, JOHN P. STECHT, THERESA | ) | |
| WISE, ELIOT WEITZ, MAGIN BRECINO, | ) | |
| MELINDA DEL TORO, SHANNON SMITH, | ) | |
| CLARE STEWARD, AMY DOBRECKI, | ) | |
| ANTON MONK, | ) | |
|     Defendants. | | |

**COMPLAINT FOR NEGLIGENCE**
**AND PROPERTY DAMAGE**

I believe the above Defendants had something to do with the damage of my home. In this proceeding, I expect each Defendant to be represented by counsel.

NOW COMES the Plaintiff, RICHARD DELORTO, residing at 211 North Haman Road in Inverness, Illinois 60010, by way of Complaint against the Defendants, say:

    1.    Plaintiff ordered internet service from Viasat, Inc. on or about April 12, 2022.

    2.    The account was under the name of Nance McCaffrey, account #5000464173.

    3.    A technician from Viasat, Inc. by the name of Orest Biskup came to Plaintiff's residence to install the satellite dish on top of the residence's roof.

4. The technician, while putting the cable in the exterior wall of the residence, ***see Exhibit A*** appropriately labeled, ripped off a partial siding to the residence's exterior wall causing damage to the home. The partial siding of the home that was ripped off by the Viasat installer has significantly lowered the value of the property.

5. Plaintiff will not accept a patched job.

6. Plaintiff has been building and rehabbing properties for over 40 years.

7. Plaintiff expects the entire side of the house to be refinished in its entirety so it does not look like a "patch job."

8. Plaintiff expects the siding of the house be completely resided in a professional manner so that that side of the house will blend in with the rest of the house.

9. If the Plaintiff's demand is not met in full by restitution of $76,000, all the defendants named in this complaint will be brought to Court. There is diversity of jurisdiction according to the Federal Rules of Civil Procedure.

WHEREFORE, payment is expected from all the named defendants in this lawsuit immediately. If this matter is not settled immediately, it will go to federal court and the plaintiff will hire a Chicago attorney who charges between $1,000 to $2,000 per hour with a mandated jury. Plaintiff guarantees those attorneys' fees will be on top of and in addition to the monies due and owing Plaintiff.

I, RICHARD DELORTO, certify that I am the Plaintiff in the above entitled action as well as the husband of Nance McCaffrey. The Plaintiff, Richard Delorto, re-alleges and incorporates by reference Paragraphs 1 through 9 above and is acting as the attorney-in-fact for the benefit of his wife, Nance McCaffrey, and has the power of attorney (POA) to speak on her behalf. The allegations in this Complaint for Negligence are true and negligently performed defacing said property lowering the overall value of the property.

Dated: September 18, 2022

Richard Delorto, Pro Se Plaintiff
211 North Haman Road            /s/ Richard Delorto
Inverness, IL 60010             Signature, Plaintiff Richard Delorto
(331)231-1516



# EXHIBIT A